IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL A. BUTLER                                                                                        PLAINTIFF

v.                                          No. 4:11–CV–802–BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

DATED this 24th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE